## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GP BRANDS, INC., a Florida
Corporation,

                        Plaintiff,

vs.                                          **Case No. 8:15-cv-2912-T-27TGW**

TRACIE NICHOLE WILLIAMS,

                        Defendant.

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Second Motion for Default (Dkt. 16) be granted on its claims of trademark infringement and breach of contract and that a default judgment in the amount of $28,353.58, plus post-judgment interest in accordance with 28 U.S.C. § 1961, be entered against the Defendant and that the Defendant be enjoined from unlawfully competing with Plaintiff for a period of two years and permanently enjoined from using Plaintiff's marks. (Dkt. 23). Neither party has filed objections to the Report and Recommendation and the time for doing so has passed.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

    1)    The Report and Recommendation (Dkt. 23) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)    Plaintiff's Second Motion for Default Judgment (Dkt. 16) is **GRANTED**.

    3)    The Clerk is directed to enter final judgment in favor of Plaintiff and against Defendant Tracie Nichole Williams in the amount of $28,353.58, plus post-judgment interest.

4)      Tracie Nichole Williams is permanently enjoined from using Plaintiff's marks described in Schedule A to the Amended Complaint (Dkt. 4-1).

5)      Tracie Nichole Williams is enjoined from directly or indirectly, owning, maintaining, engaging in, associating with, being employed by, advising, investing in, or having any interest in any business which is the same as, substantially similar to, or competitive with, any Goin' Postal packing and shipping store, in any geographic location, for a period of two years beginning December 7, 2015, or until December 7, 2017. Ms. Williams is not enjoined from continuing her existing freight business.

6)      All pending motions are **DENIED** as moot.

7)      The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** on this 30th day of August, 2016.

                                   **JAMES D. WHITTEMORE**
                                   United States District Judge

Copies to:
Counsel of record

2